

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2023

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     *United States v. Espinal*, 23-264 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with defense counsel's consent, an exclusion of time under the Speedy Trial Act from today until June 7, 2023, when the defendant's arraignment has been scheduled. The exclusion of time will allow defense counsel to begin reviewing discovery and for the parties to engage in discussions regarding a pretrial disposition. Accordingly, the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Marguerite Colson/Ni Qian
Assistant United States Attorneys
(212) 637-2364

**The time is excluded from calculation under the Speedy Trial Act from today until June 7, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated: New York, New York
       June 1, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.