# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

January 16, 2024

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** **United States v. Luis Espinal,**
23 Cr. 264 (SHS)

Dear Judge Stein:

I write with the consent of the government to request that Mr. Espinal's sentencing, which is currently scheduled for February 27, 2024, be adjourned by approximately 30 days. Specifically, if possible, I request that sentencing be adjourned to April 4, 5, 10, 11, or 12, when I understand both parties are available. I further request that Probation's PSR disclosure dates and the parties' submissions dates also be adjourned.

The reason or this request is that Mr. Espinal's presentence interview was delayed due to MDC's shutting down all visiting on the day that Officer Millan and I first attempted to conduct the interview.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Ni Qian

The sentencing is adjourned to April 4, 2024, at 2:30 p.m. The defense submission is due by March 21, the government submission is due by March 28. *No further adjournments.*

Dated: New York, New York
January 17, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.