UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-264 (SHS) |
| -v- | : | |
| LUIS ESPINAL, | : | <u>ORDER</u> |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of Mr. Espinal is adjourned from April 4 to June 26, 2024, at 11:00 a.m.

Dated: New York, New York
       April 1, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.